IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

J.A.V., *et al.*,

*Petitioners–Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents–Defendants.*

Case No. 1:25-cv-0072

**EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

<u>**EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER**</u>[1]

---

[1] Pursuant to LR7.1(D), Petitioners' counsel attempted to confer with counsel for Respondents prior to filing by e-mailing the local U.S. Attorneys' office at 4:25 p.m. CT and seeking their position. Petitioners' counsel was not able to obtain a response prior to filing.

1

**Petitioners-Plaintiffs ("Petitioners") and the proposed class <u>are in imminent danger of being removed from the United States</u>—and this Court could potentially permanently lose jurisdiction. Petitioners also request 30-day notice of any intent to remove Petitioners and the opportunity to contest an alien enemy designation, as well as advance notice of transfer of Petitioners out of this District.**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and the All Writs Act, Petitioners-Plaintiffs and the proposed class hereby apply for a temporary restraining order against Respondents-Defendants ("Respondents"). Petitioners are civil immigration detainees who are at substantial risk of immediate, summary removal from the United States pursuant to use of the Alien Enemies Act ("AEA"), 50 U.S.C. § 21 *et seq.* against a *non*-state actor for the first time in the country's history.

As set forth in the accompanying Memorandum of Law, Respondents' invocation and application of the AEA patently violates the plain text of the statute and exceeds the limited authority granted to the Executive Branch by Congress. Respondents' invocation and application of the AEA also violates the Immigration and Nationality Act, statutes providing protection for people seeking humanitarian relief, and due process. In the absence of a temporary restraining order, Petitioners will suffer irreparable injury, and the balance of hardships and the public interest favor relief. Critically, moreover, if Petitioners are removed to the custody of another country, <u>the government's position is that this Court will lose jurisdiction permanently</u>.

In support of this Motion, Petitioners rely upon the accompanying memorandum in support of a Temporary Restraining Order, declarations, and motion and memorandum for class certification. A proposed order is attached for the Court's convenience. Petitioners respectfully request that this Court grant this emergency application and issue a temporary restraining order as soon as possible.

| | |
|---|---|
| Dated: April 9, 2025 | Respectfully submitted, |
| Lee Gelernt* <br> Daniel Galindo* <br> Ashley Gorski* <br> Patrick Toomey* <br> Sidra Mahfooz* <br> Omar Jadwat* <br> Hina Shamsi* <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION, <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> (212) 549-2660 <br> lgelernt@aclu.org <br> dgalindo@aclu.org <br> agorski@aclu.org <br> ptoomey@aclu.org <br> smahfooz@aclu.org <br> ojadwat@aclu.org <br> hshamsi@aclu.org <br><br> Noelle Smith* <br> Oscar Sarabia Roman* <br> My Khanh Ngo* <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> 425 California Street, Suite 700 <br> San Francisco, CA 94104 <br> (415) 343-0770 <br> nsmith@aclu.org <br> osarabia@aclu.org <br> mngo@aclu.org | /s/ *Adriana Piñon* <br> Adriana Piñon <br> TX State Bar No: 24089768; SDTX No. 1829959 <br> Savannah Kumar <br> TX State Bar No.: 24120098; SDTX admission pending <br> Charelle Lett <br> TX State Bar No.: 24139900; SDTX No. 3908204 <br> Thomas Buser-Clancy <br> TX State Bar No: 24078344; SDTX No. 1671940 <br> ACLU FOUNDATION OF TEXAS, INC. <br> P.O. Box 8306, <br> Houston, TX 77288 <br> (713) 942-8146 <br> apinon@aclutx.org <br> skumar@aclutx.org <br> clett@aclutx.org <br> tbuser-clancy@aclutx.org |

*Attorneys for Petitioners-Plaintiffs*
**Pro hac vice application forthcoming*

**CERTIFICATE OF SERVICE**

I certify that on April 9, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

*/s/ Adriana Piñon*
Adriana Piñon, Texas Bar No. 24089768
SDTX Federal Bar. No. 1829959
ACLU FOUNDATION OF TEXAS
P.O. Box 8306
Houston, TX, 77002
Tel: 713-942-8146
Fax: 713-942-8966
apinon@aclutx.org