**MOLLY LAUTERBACK ATTORNEY AFFIRMATION:**
**ATTORNEY OF RECORD FOR W.G.H.**

I, Molly Lauterback, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge and belief:

1. I am a Senior Staff Attorney in the Immigration Practice at Brooklyn Defender Services ("BDS"), a nonprofit legal services provider which represents detained clients in removal proceedings under the auspices of the New York Immigrant Family Unity Project ("NYFIUP"). I represent W.G.H. in his removal proceedings. W.G.H. is currently detained at El Valle Detention Center in Texas.

2. W.G.H. is citizen of Venezuela who entered the United States at or near Eagle Pass, Texas on December 15, 2023. He was born in 1995. W.G.H. has a pending application for asylum, which he timely filed on September 9, 2024, and the basis for which is his fear of harm and mistreatment from multiple criminal groups, including the Tren de Aragua gang. W.G.H. is extremely afraid to be return to Venezuela and fled because he was being extorted and threatened by multiple criminal groups including Tren de Aragua. On February 20, 2025, ICE detained him in front of his wife and stepdaughter in Brooklyn, New York. W.G.H.'s Notice to Appear charges him as inadmissible under 8 U.S.C. § 1182(a)(6)(A)(i) as a noncitizen present in the United States without being admitted or paroled or who arrived in the United States at any time or place other than as designated by the Attorney General.

3. On March 7, 2025, ICE filed a Form I-213 in W.G.H.'s case, stating that he "has been identified as a Tren de Aragua gang associate." ICE has not provided any information beyond that one sentence to support that allegation. I understand from news reports that it appears tattoos were a basis for gang allegations against the men removed that day. W.G.H. has asserted his tattoos do not have any connection to Tren de Aragua. Additionally, ICE has not provided any documentation mentioning W.G.H.'s tattoos. W.G.H. has repeatedly denied any connection to TdA whatsoever.

4. On March 10, 2025, Mr. W.G.H.'s location in the ICE Detainee Locator site was changed to the El Valle Detention Facility in Texas. On March 12, 2025, I appeared for W.G.H.'s hearing before the Immigration Court. W.G.H. was not produced at the hearing. The attorney for ICE said W.G.H. was likely going to be transferred again but did not say to where. The judge reset the hearing for W.G.H. to be produced.

5. On March 14, 2025, W.G.H. and a group of people who he believes were also Venezuelan were told by ICE that they would be moved in preparation for a flight. While they were waiting, they were told that there was a problem. As a result, they stayed in El Valle.

6. On March 15, 2025, ICE put W.G.H. on a bus of detainees and then onto a plane. He was then removed from the plane and brought back to El Valle Detention Center pursuant to a TRO against Alien Enemies Act removals issued by Judge Boasberg of the U.S. District Court for the District of Columbia in which W.G.H. was named.

7.  W.G.H. told me that he was never told by any officials why they were attempting to remove him, nor was he ever given any notice of any kind that he had been designated under the Alien Enemies Act. As his attorney, I was never told by DHS officials or any detention officials of the basis for attempting to remove W.G.H. I have never been provided any notice that he was designated under the Alien Enemies Act.

8.  On March 26, 2025, I appeared for W.G.H.'s hearing before the Immigration Court. W.G.H. was again not produced at the hearing. The judge reset the hearing for W.G.H. to be produced.

I, Molly Lauterback, swear under penalty of perjury that the forgoing declaration is true and correct to the best of my knowledge and recollection.

_/s/_____
Molly Lauterback, Esq.
Executed this 8th day of April, 2025