IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| J.A.V., *et al.*, <br><br>*Petitioners–Plaintiffs*, <br><br>v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>*Respondents–Defendants*. | CIVIL ACTION NO. 1:25-cv-0072 |

### [PROPOSED] TEMPORARY RESTRAINING ORDER

Upon consideration of Petitioners-Plaintiffs' Motion for a Temporary Restraining Order, and any opposition, reply, and further pleadings and argument thereto:

Having determined that Petitioners-Plaintiffs ("Petitioners") are likely to succeed on the merits of their claims that the Proclamation violates the Alien Enemies Act ("AEA"), 50 U.S.C. § 21 *et seq.*; that the AEA does not authorize Respondents-Defendants ("Respondents") to summarily remove them from the United States; that Respondents' actions implementing removals under the AEA violate due process, the Immigration and Nationality Act, and statutes providing protection for those seeking humanitarian relief; that Petitioners will suffer irreparable injury in the absence of injunctive relief; and that the balance of hardships and public interest favor temporary relief, it is, therefore,

**ORDERED** that Petitioners' Motion for a Temporary Restraining Order is hereby GRANTED; that the proposed class is provisionally certified; and that Respondents, their agents, representatives, and all persons or entities acting in concert with them are hereby:

1. **ORDERED**, pending further order of this Court, not to remove Petitioners, or any members of the putative class, from the United States under the Presidential

1

Proclamation entitled "Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De Aragua";

2. **ORDERED**, pending further order of this Court, not to transfer Petitioners, or any members of the putative class, from the District without advance notice to counsel;

3. **ORDERED**, pending further order of this Court, to provide Petitioners and members of the putative class with at least 30 days notice of any intent to remove pursuant to the Proclamation and the opportunity to contest the lawfulness of the Proclamation and their designation as alien enemies; and,

4. **ORDERED**, pending further order of this Court, that insofar as any Petitioners, or any members of the putative class, are in the process of being removed or have already been removed from the United States pursuant to the Proclamation, but remain within the custody, control, and/or jurisdiction of the United States, such individuals shall be returned to the United States.

It is further **ORDERED** that Petitioners shall not be required to furnish security for costs.

Entered on _____, 2025 at _____ a.m./p.m.

_____
United States District Court Judge