| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:25-cv-0072 |
|---|---|---|---|

J.A.V., et al.

*versus*

Trump, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Lee Gelernt<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212)549-2660; lgelernt@aclu.org<br>NY Bar No. 2502532 |
|---|---|

| Name of party applicant seeks to appear for: | J.A.V.;* J.G.G.;* and W.G.H.;* on their own behalf and on behalf of others similarly-situated |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/8/2025 | Signed: s/ Lee Gelernt |
|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 4/9/2025 | Clerk's signature: *Jennifer Longoria* |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge