United States District Court
Southern District of Texas

**ENTERED**

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

April 10, 2025

Nathan Ochsner, Clerk

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville ▼ | Case Number | 1:25-cv-0072 |
|---|---|---|---|

| J.A.V., et al., |
|---|
| *versus* |
| Trump, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | My Khanh Ngo<br>American Civil Liberties Union Foundation<br>425 California Street, Suite 700<br>San Francisco, CA 94104<br>(415) 343-0770; mngo@aclu.org<br>CA Bar No. 317817 |
|---|---|

| Name of party applicant seeks to appear for: | J.A.V.;* J.G.G.;* and W.G.H.;* on their own behalf and on behalf of others similarly-situated |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   4/8/2025 | Signed:   s/My Khanh Ngo |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated:   4/10/25 | Clerk's signature   s. J.Tabares |

| **Order** |
|---|

Dated: April 10, 2025

**This lawyer is admitted *pro hac vice*.**

*Fernando Rodriguez, Jr.*
United States District Judge