UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville ▼ | Case Number | 1:25-cv-0072 |
|---|---|---|---|
| | **J.A.V., et al.,** | | |
| | *versus* | | |
| | **Trump, et al.** | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Oscar Sarabia Roman<br>American Civil Liberties Union Foundation<br>425 California Street, Suite 700<br>San Francisco, CA 94104<br>(415) 343-0770; osarabia@aclu.org<br>CA Bar No. 341385 |
|---|---|

| Name of party applicant seeks to appear for: | J.A.V.;* J.G.G.;* and W.G.H.;* on their own behalf and on behalf of others similarly-situated |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:  4/8/2025 | Signed:  s/ Oscar Sarabia Roman |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated:  4/10/25 | Clerk's signature   S/J.Tabares |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: ___April 10, 2025___

_Fernando Rodriguez, Jr._
United States District Judge