UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville ▼ | Case Number | 1:25-cv-0072 |
|---|---|---|---|

|  |
|---|
| J.A.V., et al., |
| *versus* |
| Trump, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Patrick Toomey<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212)549-2660; ptoomey@aclu.org<br>NY Bar No. 4983979 |
|---|---|

| Name of party applicant seeks to appear for: | J.A.V.;* J.G.G.;* and W.G.H.;* on their own behalf and on behalf of others similarly-situated |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   4/8/2025 | Signed:  s/ Patrick Toomey |
|---|---|

| The state bar reports that the applicant's status is:          Active |
|---|
| Dated:   4/10/25 | Clerk's signature   s/J.Tabares |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated:   April 10, 2025

_Fernando Rodriguez, Jr._
United States District Judge