UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville ▼ | Case Number | 1:25-cv-0072 |
|---|---|---|---|

| J.A.V., et al., |
|---|
| *versus* |
| Trump, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sidra Mahfooz<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212)549-2660; smahfooz@aclu.org<br>NY Bar No. 5782693 |
|---|---|

| Name of party applicant seeks to appear for: | J.A.V.;* J.G.G.;* and W.G.H.;* on their own behalf and on behalf of others similarly-situated |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/8/2025 | Signed:  s/ Sidra Mahfooz |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated: 4/10/25 | Clerk's signature   s/J.Tabares |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: __April 10, 2025__

*Fernando Rodriguez, Jr.*
United States District Judge