IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

J.A.V, et al.,

*Plaintiffs–Petitioners*,

v.

TRUMP, et al.

*Defendants–Respondents*.

Case No. 1:25-cv-0072

## DECLARATION OF ADRIANA PINON

I, Adriana Pinon, hereby declare:

1. I am the Legal Director of the American Civil Liberties Union of Texas and co-counsel in the above-captioned case.

2. Pursuant to this Court's order dated April 9, 2025, ECF 12, I served one copy of the documents filed on ECF at ECF 1, 3-5, and the Court's TRO order, ECF 12, on the United States Attorney's Office for the Southern District of Texas by email to Daniel Hu, Chief of the Civil Division. ECF Nos. 1 and 3-5 were served via email at 7:05 AM on April 9 to Mr. Hu. The TRO Order, and another copy of the initial filings (ECF Nos. 1, 3-5) were served via e-mail at 9:06 p.m. Petitioners apologize to the Court and the government for late service of the TRO Order.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge.

|  |  |
|---|---|
|  | Executed in Port Washington, NY |
| Dated: April 10, 2025 | /s/ *Adriana Pinon* <br> ADRIANA PINON |

**CERTIFICATE OF SERVICE**

I certify that on April 10, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

/s/ *Adriana Pinon*
Adriana Pinon, TX Bar No. 24089768
SDTX Fed. Bar No. 1829959
ACLU FOUNDATION OF TEXAS
P.O. Box 8306
Houston, TX 77288
Tel: 713-942-8146
Fax: 713-942-8966
apinon@aclutx.org