United States District Court
Southern District of Texas
**ENTERED**
April 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| J.A.V., *et al.*, | § § § | |
| Petitioners, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:25-CV-072 |
| DONALD J. TRUMP, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER

The Court has established a schedule for Petitioners' Motion for a Preliminary Injunction and related briefing. (*See* TRO, Doc. 34, 4)  In connection with that briefing schedule, it is:

**ORDERED** that the Motion for Preliminary Injunction shall be no longer than 35 pages;

**ORDERED** that the Response shall be no longer than 35 pages; and

**ORDERED** that the Reply shall be no longer than 12 pages.

The page limits do not include the cover page, table of contents, table of authorities, signature page, or exhibits.

Signed on April 16, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge