**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| J.A.V.; J.G.G.; and W.G.H.; on their own behalf and on behalf of others similarly-situated, <br><br> *Petitioners-Plaintiffs* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; PAMELA BONDI, Attorney General of the United States, in her official capacity; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director of the Director of U.S. Immigration and Customs Enforcement, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCO RUBIO, Secretary of State, in his official capacity; U.S. STATE DEPARTMENT; ROBERT CERNA, in his official capacity as acting Harlingen Field Office Director for U.S. Immigration and Customs Enforcement; FRANK VENEGAS, in his official capacity as the Facility Administrator of the El Valle Detention Facility; <br><br> *Respondents-Defendants* | **Case No. 1:25-cv-00072** |

**ORDER**

Pending before the Court is the unopposed motion of Class Action and Habeas Professors to file an Amicus Curiae Brief in support of habeas class certification. After reviewing the Motion, the record, and the applicable law, the Court is of the opinion that it should be

**GRANTED.**

It is SO ORDERED.

SIGNED this day of April __ , 205.

 

_____

The Honorable Fernando Rodriguez, Jr.
UNITED STATES DISTRICT JUDGE