United States District Court
Southern District of Texas

**ENTERED**

April 16, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| J.A.V., *et al.*, | § | |
| | § | |
| Petitioners, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-072 |
| | § | |
| DONALD J. TRUMP, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The Court has considered the Unopposed Motion for Leave to File Amicus Curiae Brief (Doc. 39). The Court finds that good cause supports the requested relief. As a result, it is:

**ORDERED** that the Unopposed Motion for Leave to File Amicus Curiae Brief (Doc. 39) is **GRANTED**.

The Court directs the Clerk's Office to file the Brief of Amicus Curiae Class Action and Habeas Proceedings (Doc. 39–2) as a separate filing.

Signed on April 16, 2025.

Fernando Rodriguez, Jr.
United States District Judge