IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| J.A.V., *et al.*, <br><br> *Petitioners-Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Respondents-Defendants*. | CIVIL ACTION NO. 1:25-cv-00072 |

**INDEX OF EXHIBITS**
PETITIONERS' MOTION FOR PRELIMINARY INJUNCTION

**A.** Declaration of Rebecca Hanson

**B.** Declaration of Andrés Antillano

**C.** Declaration of Steven Dudley

**D.** Declaration of Sarah Bishop

**E.** Declaration of Juanita Goebertus

**F.** Declaration of Paulina Reyes

**G.** Declaration of Linette Tobin

**H.** Declaration of Oscar Sarabia Roman