**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

J.A.V. et al.,

*Petitioners*,

v.

DONALD J. TRUMP, in his official capacity
as President of the United States, et al.,

*Respondents*.

Civil Action No. 1:25-cv-00072

**[PROPOSED] ORDER DENYING**
**PETITIONERS' MOTIONS FOR A**
**PRELIMINARY INJUNCTION AND**
**FOR CLASS CERTIFICATION**

IT IS HEREBY ORDERED that Petitioners' motions for a preliminary injunction [ECF

No. 42] and for class certification [ECF No. 4] are DENIED.

Dated: _____

_____
Hon. Fernando Rodriguez, Jr.
United States District Judge