**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

J.A.V., *et al.*,

*Petitioners–Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

*Respondents–Defendants.*

Case No.: 1:25-CV-072

**[PROPOSED] ORDER GRANTING
PETITIONERS-PLAINTIFFS'
EMERGENCY MOTION TO UNSEAL
CISNEROS DECLARATION**

**[PROPOSED] ORDER GRANTING PETITIONERS-PLAINTIFFS' EMERGENCY
MOTION TO UNSEAL CISNEROS DECLARATION**

Upon consideration of Petitioners-Plaintiffs' Emergency Motion to Unseal Cisneros

Declaration and for good cause shown, the motion is GRANTED. It is hereby ORDERED that

the Cisneros Declaration, ECF No. 45 (Exhibit D) is to be filed on the public docket.

It is so **ORDERED**.

Entered on _____, 2025 at _____ a.m./p.m.

_____
Hon. Fernando Rodriguez, Jr.
United States District Judge