UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:25-cv-00072 |
|---|---|---|---|

J.A.V., et al.

*versus*

Trump, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sarah Wilson<br>450 5th Street NW<br>Washington, DC 20001<br>(202) 532 4700<br>sarah.s.wilson@usdoj.gov<br>GA212212 |
|---|---|

| Name of party applicant seeks to appear for: | All Respondents |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __ No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/24/2025 | Signed: | /s/ Sarah Wilson |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:           Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____            _____
                                   United States District Judge