UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville ▼ | Case Number | 1:25-cv-00072 |
|---|---|---|---|

|  |
|---|
| J.A.V., et al. |

| *versus* |
|---|
| Trump, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sarah Wilson<br>450 5th Street NW<br>Washington, DC 20001<br>(202) 532 4700<br>sarah.s.wilson@usdoj.gov<br>GA212212 |
|---|---|

| Name of party applicant seeks to appear for: | All Respondents |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __     __  No ___ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated:   4/24/2025 | Signed:   /s/ Sarah Wilson |
|---|---|

| The state bar reports that the applicant's status is:     active |
|---|
| Dated: 4/25/25 | Clerk's signature     s/J. Tabares |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____

United States District Judge