IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| J.A.V., *et al.*,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No.   1:25-cv-00072 |

**MOTION TO REVIEW DOCKET ACCESS RESTRICTION**

The docket in this case is not currently available to the public. Petitioners-Plaintiffs conferred with counsel for Respondents-Defendants, who relayed that they do not oppose making the docket publicly available. Accordingly, Petitioners-Plaintiffs respectfully move the Court to issue the attached proposed order.

Dated: April 25, 2025

Lee Gelernt*
Daniel Galindo*
Ashley Gorski*
Patrick Toomey*
Sidra Mahfooz*
Omar Jadwat*
Hina Shamsi*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION,
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660

Respectfully submitted,

/s/ *Adriana Piñon*
Adriana Piñon
TX State Bar No: 24089768; SDTX No. 1829959
Savannah Kumar
TX State Bar No.: 24120098; SDTX No 3678708
Charelle Lett
TX State Bar No.: 24139900; SDTX No. 3908204
Thomas Buser-Clancy
TX State Bar No: 24078344; SDTX No. 1671940

1

lgelernt@aclu.org
dalindo@aclu.org
agorski@aclu.org
ptoomey@aclu.org
smahfooz@aclu.org
ojadwat@aclu.org
hshamsi@aclu.org

Noelle Smith*
Oscar Sarabia Roman*
My Khanh Ngo*
AMERICAN CIVIL LIBERTIES UNOIN FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
nsmith@aclu.org
osarabia@aclu.org
mngo@aclu.org

ACLU FOUNDATION OF TEXAS, INC
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
apinon@aclutx.org
skumar@aclutx.org
clett@aclutx.org
tbuser-clancy@aclutx.org

*Attorneys for Plaintiffs-Petitioners*
*\*pro hac vice*

2