**APPENDIX A**

| Searched Term | Historical Record With Hyperlink |
|---|---|
| Invasion | To James Madison from Edmund Pendleton, 23 October 1780 |
| Invasion | From Thomas Jefferson to George Weedon, 6 November 1780 |
| Invasion | To James Madison from David Jameson, 18–19 November 1780 |
| Invasion | [To Thomas Jefferson from Edward? Archer, 3 January 1781] |
| Invasion | To Thomas Jefferson from Steuben, 12 January 1781 |
| Invasion | From Thomas Jefferson to Benjamin Harrison, 29 January 1781 |
| Invasion | To Thomas Jefferson from George Muter, 20 March 1781 |
| Invasion | To George Washington from George Weedon, 11 April 1781 |
| Invasion | Petition of Robert Poage and Others, May 1781 |
| Invasion | To George Washington from Lewis Nicola, 2 December 1782 |
| Invasion | Report on Simon Metcalfe, [10 December] 1782 |
| Invasion | Thomas Barclay to the American Commissioners, 10 September 1786 |
| Invasion | Thomas Barclay to the American Commissioners, with Enclosure, 10 September 1786 |
| Invasion | Robert Yates's Version, [18 June 1787] |
| Invasion | To John Adams from Antoine Marie Cerisier, 3 November 1787 |
| Invasion | To John Jay from John Adams, 16 December 1787 |
| Invasion | To James Madison from George Nicholas, 16 September 1791 |
| Invasion | From Benjamin Lincoln to John Adams, 11 September 1793 |
| Invasion | Charles Adams to John Adams, 6 December 1793 |
| Invasion | To George Washington from Henry Knox, 4 August 1794 |
| Invasion | To George Washington from Richmond, Va., Citizens, 30 July 1795 |
| Invasion | To George Washington from William Sheed, 20 January 1796 |
| Invasion | To Thomas Jefferson from Nathaniel Cutting, 19 February 1798 |
| Invasion | From Thomas Jefferson to James Monroe, 8 March 1798 |
| Invasion | John Quincy Adams to Abigail Adams, 11 June 1798 |
| Invasion | From George Washington to James McHenry, 4 July 1798 |
| Invasion | To Thomas Jefferson from Henry Tazewell, 12 July 1798 |
| Invasion | The Report of 1800, [7 January] 1800 |
| Invasion | I. Draft Bill, [before 7 December 1801] |
| Invasion | The Examination Number V, [29 December 1801] |
| Invasion | To James Madison from William Jarvis, 26 October 1803 (Abstract) |
| Invasion | To James Madison from John Robertson, 11 November 1803 (Abstract) |
| Invasion | From Thomas Jefferson to Rufus King, 17 February 1804 |
| Invasion | To Thomas Jefferson from John Broom, 28 December 1805 |
| Invasion | To James Madison from Levett Harris, 29 April 1806 (Abstract) |
| Invasion | From James Madison to William Pinkney, 21 October 1807 |
| Invasion | To James Madison from William Pinkney, 23 November 1807 |
| Invasion | Annual Message to Congress Draft, 8 November 1808 |
| Invasion | Thomas Jefferson to Skelton Jones, 28 July 1809 |
| Invasion | From John Adams to Boston Patriot, 25 August 1809 |
| Invasion | From John Adams to Boston Patriot, 22 September 1809 |
| Invasion | Lafayette to Thomas Jefferson, 20 February 1810 |
| Invasion | Charles Hall to Thomas Jefferson, 25 June 1812 |
| Invasion | Memorandum from an Unidentified Correspondent, [post 1 July] 1812 |
| Invasion | From John Adams to Benjamin Rush, 27 December 1812 |
| Invasion | Robert Wright to John Armstrong, 14 July 1814 |
| Invasion | To James Madison from William Jones, 26 October 1814 |
| Invasion | Lafayette to Thomas Jefferson, 10 October 1815 |
| Invasion | Isaac Briggs to Thomas Jefferson, 16 February 1816 |
| Invasion | To James Madison from Edmond Kelly, [ca. 29] January 1820 |
| Predatory Incursion | From George Washington to Thomas Jefferson, 6 February 1781 |
| Predatory Incursion | From George Washington to Philip John Schuyler, 14 May 1781 |
| Predatory Incursion | From A. Hamilton to Vicomte de Noailles, [4 April 18 May 24 May 1782] |

**APPENDIX A**

| | |
|---|---|
| Predatory Incursion | From George Washington to Nathanael Greene, 29 January 1783 |
| Predatory Incursion | Walter Lowrie et al., eds. American State Papers. Documents, Legislative and Executive, of the Congress of the United States. 38 vols. Washington, D.C., Gales and Seaton, 1832–61. |
| Predatory Incursion | To George Washington from Thomas Jefferson, 29 August 1790 |
| Predatory Incursion | From George Washington to the U.S. Senate and House of Representatives, 7 December 1796 |
| Predatory Incursion | From John Adams to United States Congress, 16 May 1797 |
| Predatory Incursion | To Alexander Hamilton from Timothy Pickering, 9 June 1798 |
| Predatory Incursion | To John Adams from Wilson Miles Cary, 14 June 1798 |
| Predatory Incursion | Enclosure: Charles Cotesworth Pinckney to Thomas Butler, 23 March 1800 |
| Predatory Incursion | To James Madison from Thomas Farmar, 11 March 1806 (Abstract) |
| Predatory Incursion | To Thomas Jefferson from Albert Gallatin, 25 July 1807 |
| Predatory Incursion | To James Madison from Harry Toulmin, 28 July 1810 |
| Predatory Incursion | American State Papers: Documents, Legislative and Executive, of the Congress of the United States … (38 vols.; Washington, 1832–61). |
| Predatory Incursion | To James Madison from Thomas Griffin and Others, 2 July 1812 (Abstract) |
| Predatory Incursion | To James Madison from William Eustis, 2 September 1812 |
| Predatory Incursion | To James Madison from Ninian Edwards, 16 January 1813 (Abstract) |
| Predatory Incursion | To James Madison from the North Carolina Legislature, 29 November 1813 (Abstract) |
| Predatory Incursion | Annual Message to Congress, 7 December 1813 |
| Predatory Incursion | To James Madison from William Jones, 29 June 1814 |
| Predatory Incursion | To James Madison from the Baltimore Committee of Vigilance and Safety, 26 January 1815 |
| Incursion | To George Washington from La Luzerne, 4 February 1780 |
| Incursion | From George Washington to Major General Johann Kalb, 21 March 1780 |
| Incursion | From George Washington to George Clinton, 12 April 1780 |
| Incursion | From George Washington to the Board of War, 23 April 1780 |
| Incursion | To George Washington from Brigadier General Henry Knox, 23 May 1780 |
| Incursion | From George Washington to Major General Robert Howe, 4 June 1780 |
| Incursion | To George Washington from Major General Robert Howe, 16 June 1780 |
| Incursion | From George Washington to Jeremiah Powell, 28 June 1780 |
| Incursion | From George Washington to Thomas Jefferson, 18 July 1780 |
| Incursion | From George Washington to Samuel Huntington, 21 October 1780 |
| Incursion | To George Washington from Brigadier General Jedediah Huntington, 1 November 1780 |
| Incursion | To George Washington from George Clinton, 3 November 1780 |
| Incursion | To George Washington from Colonel William Malcom, 7 November 1780 |
| Incursion | From George Washington to Captain Alexander Mitchell, 30 December 1780 |
| Incursion | Diary of Arnold's Invasion and Notes on Subsequent Events in 1781: Versions of 1796?, 1805, and 1816 |
| Incursion | To George Washington from Thomas Jefferson, 10 January 1781 |
| Incursion | From Thomas Jefferson to Jacob Wray, 15 January 1781 |
| Incursion | To George Washington from Major General Nathanael Greene, 24 January 1781 |
| Incursion | From Alexander Hamilton to Lieutenant Colonel John Laurens, [4 February 1781] |
| Incursion | To Thomas Jefferson from Steuben, 23 February 1781 |
| Incursion | From George Washington to Captain Destouches, 27 February 1781 |
| Incursion | To Thomas Jefferson from John Walker, 8 March 1781 |
| Incursion | Petition of Robert Poage and Others, May 1781 |
| Incursion | From George Washington to Philip John Schuyler, 14 May 1781 |
| Incursion | June 1781 |
| Incursion | From George Washington to George Clinton, 21 June 1781 |
| Incursion | To John Jay from Robert Morris, 4 July 1781 |

**APPENDIX A**

| | |
|---|---|
| Incursion | From George Washington to Jean-Baptiste Donatien de Vimeur, comte de Rochambeau, 11 July 1781 |
| Incursion | To James Madison from David Jameson, 10 August 1781 |
| Incursion | From James Madison to Edmund Randolph, 16 July 1782 |
| Incursion | To George Washington from Benjamin Harrison, Sr., 25 October 1782 |
| Incursion | To George Washington from Gilbert Simpson, 27 April 1784 |
| Incursion | To Thomas Jefferson from Ezra Stiles, 8 December 1786 |
| Incursion | Enclosure, 15 June 1789 |
| Incursion | To George Washington from the Kentucky Convention, 25 July 1789 |
| Incursion | To George Washington from Michael Lacassagne, 26 October 1789 |
| Incursion | [Diary entry: 15 March 1790] |
| Incursion | Address of the President to Congress, 8 December 1790 |
| Incursion | To George Washington from Henry Knox, 5 January 1791 |
| Incursion | To George Washington from Henry Knox, 15 January 1791 |
| Incursion | To Thomas Jefferson from William Short, 22 April 1792 |
| Incursion | For Dunlap's American Daily Advertiser, [20 October] 1792 |
| Incursion | To George Washington from Arthur Young, 17 January 1793 |
| Incursion | Memorandum from Henry Knox, 16 May 1793 |
| Incursion | To Thomas Jefferson from James Monroe, 26 May 1794 |
| Incursion | To George Washington from Count de La Belinaye, 30 September 1794 |
| Incursion | To George Washington from James McHenry, 3 August 1796 |
| Incursion | To George Washington from Rufus King, 12 November 1796 |
| Incursion | From Thomas Jefferson to Henry Dearborn, 15 February 1803 |
| Incursion | To John Adams from François Adriaan Van der Kemp, 15 February 1804 |
| Incursion | To Thomas Jefferson from Pierre Samuel Du Pont de Nemours, 10 March 1806 |
| Incursion | From James Madison to James Monroe and William Pinkney, 17 May 1806 |
| Incursion | To James Madison from John Murray Forbes, 6 April 1807 |
| Incursion | James Chamberlain to Thomas Jefferson, [received 28 June 1811] |
| Incursion | To James Madison from Joseph Haslet, 14 April 1813 |
| Incursion | From James Madison to William Jones, 18 October 1813 |
| Incursion | To James Madison from Nathaniel Searle Jr., 6 July 1814 |
| Incursion | Thomas Jefferson to Louis H. Girardin, 27 March 1815 |
| Incursion | Enclosure: Thomas Humphreys's Plan for Emancipating and Colonizing American Slaves, 1 January 1817, with his Note to Thomas Jefferson, 23 January 1817 |
| Incursion | From James Madison to James Monroe, 13 February 1819 |