Case 1:25-cv-00072   Document 59   Filed on 05/01/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| J.A.V., *et al.*, | § | |
| Petitioners, | § § § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-072 |
| DONALD J. TRUMP, *et al.*, | § § § | |
| Respondents. | § | |

## FINAL JUDGMENT AND PERMANENT INJUNCTION

In accordance with the Court's Order and Opinion granting class certification (Doc. 57) and its Order and Opinion granting summary judgment (Doc. 58), the Court enters final judgment in favor of Petitioners J.A.V., J.G.G., W.G.H., and the members of the certified class. Accordingly, it is:

**ORDERED** that the Class Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**; and

**ORDERED** that Respondents are permanently enjoined from detaining, transferring, or removing J.A.V., J.G.G., W.G.H., and the members of the certified class, under the Alien Enemies Act, 50 U.S.C. § 21, and based on the Presidential Proclamation, "Invocation of the Alien Enemies Act Regarding the Invasion of the United States by Tren de Aragua," 90 Fed. Reg. 13033.

This permanent injunction does not prohibit Respondents from proceeding with removal proceedings or otherwise acting against J.A.V., J.G.G., W.G.H., and the members of the certified class, based on the Immigration and Nationality Act, including under any final order of removal.

This Final Judgment and Permanent Injunction does not enjoin Respondent Donald Trump in his official duties as President of the United States. *See Franklin v. Massachusetts*, 505 U.S. 788, 802 (1992).

Signed on May 1, 2025.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge