# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| J.A.V., *et al.*, *Petitioners–Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Respondents–Defendants*. | Case No. 1:25-cv-00072 |

## NOTICE OF SERVICE OF SUMMONS

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, and as set forth in the attached declaration, Petitioners-Plaintiffs have served Respondents-Defendants with the summons and complaint.

Dated: June 18, 2025

Lee Gelernt\*
Daniel Galindo\*
Ashley Gorski\*
Patrick Toomey\*
Sidra Mahfooz\*
Omar Jadwat\*
Hina Shamsi\*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION,
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660

Respectfully submitted,

/s/ *Adriana Piñon*
Adriana Piñon
TX State Bar No: 24089768; SDTX No. 1829959
Savannah Kumar
TX State Bar No.: 24120098; SDTX No 3678708
Charelle Lett
TX State Bar No.: 24139900; SDTX No. 3908204
Thomas Buser-Clancy
TX State Bar No: 24078344; SDTX No. 1671940

lgelernt@aclu.org
dalindo@aclu.org
agorski@aclu.org
ptoomey@aclu.org
smahfooz@aclu.org
ojadwat@aclu.org
hshamsi@aclu.org

Noelle Smith*
Oscar Sarabia Roman*
My Khanh Ngo*
AMERICAN CIVIL LIBERTIES UNOIN FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
nsmith@aclu.org
osarabia@aclu.org
mngo@aclu.org

ACLU FOUNDATION OF TEXAS, INC
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
apinon@aclutx.org
skumar@aclutx.org
clett@aclutx.org
tbuser-clancy@aclutx.org

*Attorneys for Plaintiffs-Petitioners*
*\*pro hac vice*

## **CERTIFICATE OF SERVICE**

I certify that I filed this document via ECF, on June 18th, 2025, which serves the filing on all counsel of record.

/s/ *Adriana Piñon*
Adriana Piñon
TX State Bar No: 24089768; SDTX No. 1829959
ACLU Foundation of Texas
P.O. Box 8306,
Houston, TX 77288
(713) 942-8146
apinon@aclutx.org