IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| J.A.V., *et al.*,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 1:25-cv-00072 |

**DECLARATION OF VALERIA ALVARADO**

I, Valeria Alvarado, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct, to the best of my knowledge and belief:

1) I am a Legal Assistant at the American Civil Liberties Union of Texas. I make this Declaration based upon personal knowledge, except where indicated.

2) I am over 18 years old, and

3) Pursuant to the Federal Rule of Civil Procedure, Rule 4 (i)(1), on May 1st, 2025, on behalf of Plaintiff-Petitioners, I served via certified FedEx mail a copy of the complaint and summons in Case No. 1:25-cv-00072 to the civil-process clerk at the United States attorney's office for the Southern District of Texas and to the Attorney General of the United States at Washington, D.C. FedEx records indicate that service was delivered on May 2nd, 2025 and May 12th, 2025, respectively.

4) In addition to serving the United States as described above, pursuant to the Federal Rules of Civil Procedure, Rule 4 (i)(2), on May 1st, 2025, on behalf of Plaintiff-Petitioners, I served via certified FedEx mail a copy of the complaint and summons in the above-captioned case to the following defendants in their official capacity at their corresponding government agency or government facility addresses:

1

    a. Donald J. Trump, in his official capacity as President of the United States;

    b. Pamela Bondi, in her official capacity as Attorney General of the United States;

    c. Marco Rubio, in his official capacity as the United States Secretary of State;

    d. Kristin Noem, in her official capacity as the United States Secretary of Homeland Security;

    e. Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement.

    f. Robert Cerna, in his official capacity as Acting Harlingen Field Office Director for U.S. Immigration and Customs Enforcement

    g. Frank Venegas, in his official capacity as Facility Administrator at El Valle Detention Center;

5) FedEx records indicate that service was delivered to the above-named defendants on the following dates:

    a. May 5th, 2025, Donald J. Trump, in his official capacity as President of the United States;

    b. May 5th, 2025, Marco Rubio, in his official capacity as the United States Secretary of State;

    c. May 5th, 2025, Robert Cerna, in his official capacity as Acting Field Office Director at El Valle Detention Center;

    d. May 5th, 2025, Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;

    e. May 5th, 2025, Kristi Noem in her official capacity as the United States Secretary of Homeland Security;

    f. May 12th, 2025, Pamela Bondi, in her official capacity as Attorney General of the United States;

Executed on the 18th of June of 2025.

/s/ *Valeria Alvarado*
ACLU of Texas
P.O. Box 8306
Houston, TX 77288
valvarado@aclutx.org
713-942-8146