IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J.A.V., *et al.*, | § | |
| | § | |
| *Petitioners*, | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cv-00072 |
| | § | |
| DONALD J. TRUMP, in his official capacity | § | |
| as President of the United States, *et. al*, | § | |
| | § | |
| *Respondents*. | § | |

## RESPONDENTS' NOTICE OF APPEAL

Notice is hereby given that Respondents, the Government of the United States of America,

hereby appeals to the United States Court of Appeals for the Fifth Circuit this Court's orders and

opinions (Dkt. 57, Dkt. 58, and Dkt. 59) as well as all associated opinions and orders.

Dated: June 27, 2025                    Respectfully Submitted,

                       By:      BRETT A. SHUMATE
                                Assistant Attorney General
                                Civil Division

                                YAAKOV M. ROTH
                                Principal Deputy Assistant Attorney General
                                Civil Division

                                DREW ENSIGN
                                Deputy Assistant Attorney General

                                ANTHONY NICASTRO
                                Acting Director
                                Office of Immigration Litigation

                                JOHN W. BLAKELEY
                                Senior Counsel for Appellate Litigation

                                */s/ Brian V. Schaeffer*
                                BRIAN V. SCHAEFFER
                                Trial Attorney
                                Texas Bar No. 24063128
                                U.S. Department of Justice
                                Civil Division

Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7311
Email: brian.schaeffer@usdoj.gov

ATTORNEYS FOR RESPONDENTS

## CERTIFICATE OF SERVICE

I certify that on June 27, 2025, the foregoing filing was filed with the Court through the Court

CM/ECF system on all parties and counsel registered with the Court CM/ECF system.

/s/ *Brian V. Schaeffer*
BRIAN V. SCHAEFFER
Trial Attorney